IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT W. JENSEN,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-809-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Vincent W. Jensen's petition for writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust his state court remedies.

/s/                                                        5/31/2017

Peter Oppeneer, Clerk of Court                   Date